1038

[No. 75036-4-I.   Division One.   June 20, 2016.]

DONALD W. GREELEY ET AL., *Respondents*, v. FRANK A. MINNICK ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-2-09357-7, Jack F. Nevin, J., entered July 31, 2015. *Dismissed* by unpublished opinion per Verellen, C.J., concurred in by Appelwick and Leach, JJ.

[No. 75037-2-I.   Division One.   June 20, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. BLAINE W. WHITEHEAD, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 14-1-00083-9, Daniel Goodell, J., entered June 15, 2015. *Affirmed* by unpublished opinion per Leach, J., concurred in by Verellen, C.J., and Appelwick, J.

[No. 75039-9-I.   Division One.   June 20, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCOS APODACA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-04610-5, Stanley J. Rumbaugh, J., entered April 10, 2015. *Reversed* by unpublished opinion per Schindler, J., concurred in by Trickey, A.C.J., and Spearman, J.

[No. 46926-0-II.   Division Two.   June 21, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. URIEL L. GARCIA, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 13-1-00208-1, Keith C. Harper, J., entered November 7, 2014. *Reversed* by unpublished opinion per Bjorgen, C.J., concurred in by Worswick and Maxa, JJ.